UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COACH, INC, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:13 CV 910 RWS |
| | ) |
| BROTHER TWO LLC, et al., | ) |
| | ) |
| Defendant, | ) |

## ORDER

**IT IS HEREBY ORDERED that** the Plaintiff's consent motion to continue the ADR referral dates in this matter [#24] is **GRANTED**. The deadline for Plaintiff to designate a neutral is extended to July 11, 2014. The deadline to complete ADR is extended to August 15, 2014.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2014.