IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | : |
| Plaintiffs, | : Case No. 4:13-cv-910-RWS |
| v. | : |
| BROTHERS TWO LLC, individually and d/b/a Kings Smoke Shop, and KINGS SMOKE SHOP, LLC, | : |
| Defendants. | : |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Coach, Inc. and Coach Services, Inc. (collectively, "Coach"), by and through their attorneys, Bryan Cave LLP, pursuant to Federal Rule of Civil Procedure 41, voluntarily dismiss their amended complaint against Brothers Two LLC and Kings Smoke Shop, LLC without prejudice.

Dated:  July 11, 2014

Respectfully submitted,

BRYAN CAVE LLP

By:  /s/ Carol H. Li
Jason A. Kempf, #59897MO
Carol H. Li, #63035MO
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)
jason.kempf@bryancave.com
carol.li@bryancave.com

*Attorneys for Plaintiffs*

4361617.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of July, 2014, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the parties of record.

/s/ Carol H. Li